IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LORA LONG,

      Plaintiff,

  vs.

WALMART STORES,

      Defendant.

Case No. 3:14cv326

JUDGE WALTER H. RICE

---

DECISION AND ENTRY SUSTAINING PLAINTIFF'S MOTION TO WITHDRAW COUNSEL (DOC. #11), AND, IN ADDITION, SUSTAINING PLAINTIFF'S MOTIONS TO STAY (DOC. #12) AND FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND TO EXTEND THE DISPOSITIVE MOTION DEADLINE (DOC. #13); FURTHER CONFERENCE CALL SET

---

Pursuant to discussions had during a telephone conference call between Court and counsel, on August 18, 2015, the following rulings were made by the Court:

1. The Motion of Plaintiff to withdraw counsel (Doc. #11) and the Motions of the Plaintiffs to Stay (Doc. #12) and for Extension of Time to Complete Discovery and to Extend Dispositive Motion Deadline (Doc. #13) are SUSTAINED.

2. This Court noting that David Duwel has made an appearance for the Plaintiff, schedules a telephone conference call, beginning at 9:30 a.m. on Monday, August 31, 2015, with Plaintiff's new counsel and counsel for the Defendant, for the sole and express purpose of setting new dates leading to the ultimate disposition of the captioned matter. Counsel Lucas Wilder, having withdrawn as Plaintiff's counsel with the permission of the Court, need not participate in this upcoming telephone conference call.

-2-

3. The sole remaining obligation of Plaintiff's former counsel is to meet with his successor counsel to review the pending discovery requests and his (former counsel's) proposed responses thereto.

The Court's request, made during the August 18th telephone conference call, seeking a status report by the close of business on August 28th, is no longer deemed necessary.

August 26, 2015

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Lucas Wilder, Esq.
Donald Bulea, Esq.
Karen Giffen, Esq.

Courtesy copy to:

David Duwel, Esq.